# KLEIN & FOLCHETTI, P.C.

*Attorneys and Counselors at Law*
50 Main Street
Brewster, New York 10509
Tel. (914) 934-8792
Fax (914) 934-8793*
E-Mail: robert@folchettilaw.com*

ROBERT W. FOLCHETTI
Admitted in NY, CT & Federal Courts

WESTCHESTER COUNTY OFFICE
219 Westchester Avenue
Port Chester, New York 10573

* Not for Service of Papers

**MEMO ENDORSED**

March 25, 2022

**ONE (1) PAGE VIA ELECTRONIC FILING AND FACSIMILE TO (914) 390-4179**

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *Barbieri v. Roth, et al.*
            Docket No.: 7:20-cv-06346

Dear Hon. Judge Roman:

     This office represents the plaintiff in the above-referenced matter. A telephone conference was held on March 10, 2022 with Judge Davison, at which time the discovery deadline was extended to May 27, 2022. In light of this extension, we hereby request that the April 21, 2022 conference be adjourned to a later date.

     Thank you for your attention.

Respectfully yours,

ROBERT W. FOLCHETTI

cc:    Law Offices of Correia, Conway & Stiefeld
        Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/2022

Due to an extension of the discovery deadlines, Pltf's request to adjourn the telephonic Status Conf. on Apr. 21, 2022 until July 1, 2022 at 11:00 am is GRANTED. The parties are directed to this Court's Order, dated Dec. 17, 2021 (ECF No. 16) for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 24.
Dated: White Plains, NY
          March 28, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE