**MEMO ENDORSED**

## LAW OFFICES OF
## CORREIA, CONWAY & STIEFELD
EMPLOYEES OF LIBERTY MUTUAL GROUP, INC.

DOREEN J. CORREIA
RESIDENT ATTORNEY

MICHAEL G. CONWAY
MARC E. STIEFELD
RICHARD AHRENS
DAVID M. BERKLEY
MELISSA D. BRODER
NICOLE M. BYNUM
MICHELLE DUNLEAVY
CHIKODI E. EMERENINI

**MAILING ADDRESS**
P.O. BOX 6835
SCRANTON, PA 18505

**PHYSICAL ADDRESS**
10 BANK STREET – SUITE 1200
WHITE PLAINS, NEW YORK 10606

CYNTHIA K. FICHERA
CLARENCE GRAY
ROBERT GROSS
ASHER GROSSMAN
ERIN GROVER
STAFFORD HARMITT
ALEXANDRA MORMILE
SAMI P. NASSER
CAROLYN PAPP-CAMPBELL
KATHLEEN SCALLEY

TELEPHONE: (914) 997-8100   FACSIMILE: (603) 334-9706
SERVICE OF PLEADINGS: BCLDLAW@LIBERTYMUTUAL.COM

May 27, 2022

ONE (1) PAGE VIA ELECTRONIC FILING AND FACSIMILE TO (914) 390-4179

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Barbieri v. Roth, et al.
            Docket No.: 7:20-cv-06346

Dear Hon. Judge Roman:

This office represents the defendant in the above-referenced matter. A telephone conference was held on May 27, 2022 with Judge Davison, at which time the discovery deadline was extended to July 15, 2022. In light of this extension, we hereby request that the July 1, 2022 conference be adjourned to a later date.

Thank you for your attention.

Respectfully yours,

CORREIA, CONWAY & STIEFELD

BY: *Cynthia V. Fichera*
Cynthia Fichera
914-997-8100

CC Klein & Folchetti, PC - via ECF

In light of the discovery extension, Defts' request to adjourn the telephonic Status Conf. from July 1, 2022 until Sept. 8, 2022 at 11:15 am is GRANTED. Counsel are directed to this Court's Order at ECF No. 16 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 29.
Dated: White Plains, NY
June 29, 2022

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2022